**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

In re:

Chapter 7

LATOUR HOMES, LLC,

Case No. 26-00837

Debtor.
_______________________________/

**WITHDRAWAL OF CLAIM NUMBER NO. 8**
**FILED BY PARKSIDE FUNDING GROUP LLC**

Parkside Funding Group, LLC, by and through its undersigned counsel, hereby withdraws its Proof of Claim, Claim No. 8.

Respectfully Submitted,

KAMINSKI LAW, PLLC

*/s/ Shanna M. Kaminski*__
Shanna M. Kaminski
P.O. Box 247
Grass Lake, Michigan 49240
(248) 462-7111
skaminski@kaminskilawpllc.com