IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | Case Number 26-00837 |
| Latour Homes, LLC<br>Debtor. | Chapter 7 |

**ORDER ALLOWING FIRST AND FINAL FEE COMPENSATION**

THIS MATTER came before the Court on the Application for Final Compensation (the "Application") filed by Jason M. Ward, Attorney, for compensation to Jason Ward Law, LLC, as Counsel for the Debtor, duly appointed by Order entered on March 25, 2026, pursuant to Application filed on March 6, 2026, pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016.

Based on the representations of the parties in interest and after careful consideration of the Application, this Court finds that $14,468.00 is reasonable compensation to be paid for the attorney fees and expenses rendered by the Debtor's Attorney from February 26, 2026, up to and including May 14, 2026.

The amount is authorized by the Court on the representations made in the Application and attachments filed with this Court and may be reduced or increased if such representations prove incorrect prior to the closing of this action.

IT IS ORDERED that Jason Ward Law, LLC, shall be entitled to compensation in the amount of $14,468.00. Upon entry of this Order, Jason Ward Law, LLC, is authorized to disburse the funds of $11,630.00 being held in its trust account and apply the funds towards the fees approved by the Court.

IT IS FURTHER ORDERED that after applying the $11,630.00 from Firm's trust account, Firm is hereby allowed to file an administrative claim in the Chapter 7 Case for the remaining $2,838.00.

**AND IT IS ORDERED**.

**FILED BY THE COURT**
**11/23/2026**

Chief US Bankruptcy Judge
District of South Carolina

Entered: 11/23/2026